*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  September 17, 2015                    519960
_____

In the Matter of the Claim of
    KENNETH A. STROUD,
                        Appellant.
                                        MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                        Respondent.
_____

Calendar Date:  August 10, 2015

Before:  McCarthy, J.P., Egan Jr., Lynch and Clark, JJ.

_____

        Kenneth A. Stroud, Statesville, North Carolina, appellant
pro se.

        Eric T. Schneiderman, Attorney General, New York City
(Bessie Bazile of counsel), for respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed August 27, 2013, which ruled that claimant's request
for a hearing was untimely.

        Decision affirmed.  No opinion.

        McCarthy, J.P., Egan Jr., Lynch and Clark, JJ., concur.

ORDERED that the decision is affirmed, without costs.




ENTER:

Robert D. Mayberger
Clerk of the Court